UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROBERT WICKE, individually,

    Plaintiff,

v

DICKINSON COUNTY LIBRARY, in its
official capacity, and DICKINSON COUNTY
LIBRARY BOARD, in its official capacity,

    Defendants.
_____/

HON. ROBERT HOLMES BELL
U.S. DISTRICT JUDGE

FILE NO. 2:03 CV-031

Heather Bendure (P60932)
Elizabeth A. Cabot (P36677)
LAW OFFICES OF ERNST & ASSOCIATES, P.L.C.
Attorneys for Plaintiff
645 Griswold, Ste. 4100
Detroit, MI 48226
(313) 965-5555

Donna A. Heiser (P51281)
CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.
Attorneys for Defendants
3939 M-72 East
Williamsburg, MI 49690
(231) 938-2888
_____/

## STIPULATION AND ORDER FOR DISMISSAL

NOW COME the parties herein, by and through their respective counsel, and hereby stipulate and agree that Defendants, DICKINSON COUNTY LIBRARY and DICKINSON COUNTY LIBRARY BOARD, may be dismissed from this lawsuit with prejudice and without costs.

Dated: January 7, 2004

LAW OFFICES OF ERNST &
    ASSOCIATES, P.L.C.

_____
Heather Bendure (P60932)
Elizabeth A. Cabot (P36677)
Attorneys for Plaintiff

Dated: January 7, 2004  CUMMINGS, McCLOREY, DAVIS
& ACHO, P.L.C.

_____
Donna A. Heiser (P51281)
Attorneys for Defendants

## ORDER OF DISMISSAL

At session of said Court held in City of Marquette,
County of Marquette, State of Michigan, this 27th
day of January, 2004

PRESENT: HONORABLE ROBERT HOLMES BELL
U.S. DISTRICT JUDGE

Having read and filed the above Stipulation, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the complaint and all amendments thereto, as to Defendants, DICKINSON COUNTY LIBRARY and DICKINSON COUNTY LIBRARY BOARD, be and the same hereby are dismissed with prejudice and without costs to any party. This resolves the last pending claim and closes the case.

_____
~~ROBERT HOLMES BELL, U.S. DISTRICT JUDGE~~
Dated: 1/27/04
TIMOTHY P. GREELEY, U.S. MAGISTRATE JUDGE

/home/sys/data/wpdata/dickinson/wicke library/pleadings/Stip Order 4 Dismissal - Jan 6, 2004